# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-1344
_____

BENJAMIN F. GLOVER,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

May 3, 2018


PER CURIAM.

    AFFIRMED.

WETHERELL, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


Benjamin F. Glover, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.